IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 13-mj-1094 |
| CAROLINA DEL CARMEN SERRANO, | ) ) ) | |
| Defendant, | ) ) | |

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

Upon Motion made by Norman D. McKellar, and by agreement of undersigned counsel and for good cause shown, it is **ORDERED**

1. That Norman D. McKellar shall be substituted for Michael J. Flanagan as attorney of record for Defendant Carolina Del Carmen Serrano in the above-captioned matter; and

2. That the Clerk terminate Michael J. Flanagan as counsel of record for the defendant.

_____
Judge Juliet Griffin

APPROVED FOR ENTRY:

*s/ Michael J. Flanagan (signed with permission)*
Michael J. Flanagan
Former Counsel for Carolina Serrano
95 White Bridge Road
Suite 208
Nashville, TN 37205
P: 615-356-1580

*s/ Norman D. McKellar*
Norman D. McKellar, BPR No. 022186
Counsel for Carolina Serrano
The McKellar Law Firm, PLLC
625 Market Street, 7th Floor
Knoxville, TN 37902
P: 865.566.0125; F: 865.566.0126