IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-mj-1094 |
| v. | ) | |
| | ) | |
| CAROLINA DEL CARMEN SERRANO | ) | |

## O R D E R

The government's motion to amend criminal complaint (Docket Entry No. 13) is GRANTED.

The criminal complaint (Docket Entry No. 1) is hereby AMENDED to include the additional count of forging a Treasury check, in violation of 18 U.S.C. § 510.

Before the preliminary hearing scheduled on November 8, 2013, counsel for the government orally moved to amend the criminal complaint, without opposition from the defendant. The defendant was advised of the newly added charge and the maximum penalty, and the Court found that there was probable cause to believe that the defendant committed this offense as well as the other offenses set forth in the criminal complaint.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge